UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:26-cv-00068

**Cory Booth,**
*Plaintiff,*
v.
**Texas Department of Criminal Justice et al.,**
*Defendants.*

## ORDER

Plaintiff Cory Booth, an inmate of the Texas Department of Criminal Justice proceeding *pro se* and *in forma pauperis*, filed this civil lawsuit alleging violations of his constitutional rights. The case was referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636(b).

On July 15, 2026, the magistrate judge issued a report recommending that the plaintiff's lawsuit be dismissed for failure to state a claim pursuant to 28 U.S.C. §§ 1915A(b) and 1915(e)(2)(B), and 42 U.S.C. § 1997e(c). Doc. 15. A copy of the report was mailed to the plaintiff, who received the report on July 20, 2026, and has not filed written objections. Doc. 16.

When no party objects to the magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. The court dismisses this case with prejudice.

*So ordered by the court on August 24, 2026.*

J. CAMPBELL BARKER
United States District Judge